United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES, | No. C 07-5975 MJJ (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| WARREN JEFFS, et al., | |
| Defendants. | |

Plaintiff, a federal prisoner proceeding pro se, filed this pro se complaint under 42 U.S.C. § 1983 against Warren Jeffs and the Fundamentalist Church of Jesus Christ of Latter Day Saints.

A federal court must conduct a preliminary screening in any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). In its review, the court must identify any cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may be granted or seek monetary relief from a defendant who is immune from such relief. See id. § 1915A(b)(1),(2). Pro se pleadings must, however, be liberally construed. See Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1988). To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. See West v. Atkins, 487 U.S. 42, 48 (1988).

Sections 1915A and 1915(e)(2) accord judges the unusual power to pierce the veil of

G:\PRO-SE\MJJ\CR.07\riches34.dsm.wpd

1 the complaint's factual allegations and dismiss as frivolous those claims whose factual
2 contentions are clearly baseless. See Denton v. Hernandez, 504 U.S. 25, 32 (1992).
3 Examples are claims describing fantastic or delusional scenarios with which federal district
4 judges are all too familiar. See Neitzke v. Williams, 490 U.S. 319, 328 (1989). To pierce the
5 veil of the complaint's factual allegations means that a court is not bound, as it usually is
6 when making a determination based solely on the pleadings,to accept without question the
7 truth of the plaintiff's allegations. See Denton, 504 U.S. at 32. A finding of factual
8 frivolousness is appropriate when the facts alleged rise to the level of the irrational or the
9 wholly incredible, whether or not there are judicially noticeable facts available to contradict
10 them. See id. at 32-33.

11 Plaintiff alleges that defendant Warren Jeffs was convicted in Utah for child
12 molestation, and that Jeffs wants to "locate" plaintiff to do him harm because plaintiff
13 "rejected his arranged marriage in 1990." Plaintiff further alleges that Jeffs has "a disregard
14 for his religion, and "is responsible for the Citibank subprime mortgage crisis." Plaintiff also
15 asserts that Jeffs "plans to convert men on men marriages on the footsteps of San Fran City
16 Hall," and that Jeffs "set the Southern California Wildfires" in order to destroy "evidence ..
17 That could implicate him in 10,000 other child abuse cases." As plaintiff's allegations are
18 clearly baseless, irrational or wholly incredible, the complaint will be dismissed as frivolous
19 under sections 1915A and 1915(e)(2).

20 For the foregoing reasons, this action is DISMISSED.
21 The Clerk shall close the file.
22 IT IS SO ORDERED.
23 DATED: 12/17/07 _____
MARTIN J. JENKINS
24 United States District Judge
25
26
27
28

G:\PRO-SE\MJJ\CR.07\riches34.dsm.wpd     2