**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

January 23, 2008

Jonathan Lee Riches  
F.C.I. Williamsburg  
P.O. Box 340  
Salters, SC 29590

SUBJECT:    Request for Payment of Docket Fee

**Title: JONATHAN L. RICHES -v- WARREN JEFFS**
**Case Number:    CV 07-05975 MJJ**
**Court of Appeals Number:**

A notice of appeal was filed with this Court on 1/8/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

*Simone Voltz*

by:  Simone Voltz  
Case Systems Administrator

cc: U.S. Court of Appeals